1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LARRY JACKSON, | Case No. 2:15-cv-06016-SJO-JC |
| --- | --- |
| Petitioner, | |
| v. | JUDGMENT |
| UNKNOWN, | |
| Respondent. | |

    Pursuant to this Court's Order Dismissing Petition for Writ of Mandate and Action without Prejudice and Denying Other Pending Requests as moot, IT IS ADJUDGED that the Petition for a Writ of Mandate and this action are dismissed without prejudice.

    DATED: September 1, 2015

*S. James Otero*

_____

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE